Case 3:06-cv-03478-MJJ   Document 9   Filed 06/22/06   Page 1 of 2

06/06/2006   13:03     9494779200              WRIGHT,FINLAY & ZAK                          PAGE   01/04
            Case 3:06-cv-03478-MJJ     Document 5    Filed 06/06/2006      Page 1 of 4

E-filing

**FILED**

**JUN 2 2 2006**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   WRIGHT, FINLAY & ZAK, LLP
2   T. Robert Finlay, Esq., SBN: 167280
    Patricia L, Penny, Esq. SBN: 124969
3   4665 MacArthur Court, Suite 280
4   Newport Beach, CA 92660
    (949) 477-5050; Fax: (949) 477-9200 *(Pena/Pleadings/Withdrawal of Notice of Removal)*
5

6   Attorneys for Defendant,
7   FIELDSTONE MORTGAGE COMPANY

8                        UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT

10
    MIGUEL PENA,                            ) Case No.: C 06 3478 MJJ
11                                          )
12          Plaintiff,                      ) Alameda Superior Court
                                            ) Case No. RG06266820
13      vs.                                 )
14                                          )
15   CHRIS JOHN GREENMAN, as an             ) **WITHDRAWAL OF**
     individual and dba CHRISTOPHER         ) **NOTICE OF REMOVAL OF**
16   ROSS & ASSOCIATES, MARIA               ) **ACTION PURSUANT TO 28 U.S.C.**
17   ESTHER KENYON, BARKLEY                 ) **§1441(a)(federal question)**
     FUNDING INTERNATIONAL CORP., )
18   a corporation, CINDY LEE BARKLEY, )
19   JEFFREY DEAN BARKLEY, AND              )
20   FIELDSTONE MORTGAGE CO., a             )
     corporation, and DOES 1 to 25,        )
21   inclusive,                             )
22                                          )
            Defendants.                     )
23                                          )
                                            )
24

25   **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

26          **PLEASE TAKE NOTICE** that on May 30, 2006, Defendant Fieldstone

27   Mortgage Co. ("Fieldstone") filed a Notice of Removal. At that time, we were of

28   the understanding that the only other served Defendants, Chris John Greenman,

    dba Christopher Ross & Associates ("Greenman"), were willing to join Defendant's

                                        -1-
    ──────────────────────────────────────────────
                                        WITHDRAWAL OF NOTICE OF REMOVAL OF ACTION

1  Notice of Removal.  Counsel for Defendant has since been informed that Co-

2  Defendant, Greenman, is not willing to join the Notice of Removal.  On that basis,

3  Defendant withdraws the Notice of Removal.  Consequently, The

4  Clerk of The Court shall remand this matter to

5  State court.

Respectfully submitted,

6  WRIGHT, FINLAY & ZAK, LLP

7

8  Dated: June 6, 2006          By:    _____
                                        T. Robert Finlay, Esq.
9                                       Patricia L. Penny, Esq.,
                                        Attorneys for Defendant, Fieldstone
10                                      Mortgage Co.

11

12

13

14

15

16

17                                      IT IS SO ORDERED

18

19                                      MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE
20                                      6/22/06

21                                      DATE

22

23

24

25

26

27

28

-2-